PD-0805-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/1/2015 3:29:04 PM
Accepted 7/1/2015 4:19:12 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
### AUSTIN, TEXAS

| | | |
|---|---|---|
| **TEVIN SHERARD ELLIOTT,** | § | |
| **Petitioner** | § | |
| | § | |
| | § | |
| **vs.** | § | NO._____ |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Respondent** | § | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW OF THE COURT OF APPEALS FOR THE TENTH DISTRICT OF TEXAS NO. 10-14-00112-CR

\* \* \* \* \* \* \* \* \* \* \* \* \*

FILED IN
COURT OF CRIMINAL APPEALS

July 1, 2015

ABEL ACOSTA, CLERK

WILLIAM A. BRATTON, III
Attorney at Law

One Quadrangle Tower
2828 Routh St., Suite 675
Dallas, Texas 75201
(214) 871-1133 office
(214) 871-0620 fax
State Bar No. 02916300
Email – bill@brattonlaw.com
ATTORNEY FOR PETITIONER
(ON APPEAL ONLY)

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **TEVIN SHERARD ELLIOTT,** | § | |
| Petitioner | § | |
| | § | |
| | § | |
| vs. | § | NO._____ |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| Respondent | § | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME FOR FILING
## PETITION FOR DISCRETIONARY REVIEW
## OF THE COURT OF APPEALS
## FOR THE TENTH DISTRICT OF TEXAS
## NO. 10-14-00112-CR

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **TEVIN SHERARD ELLIOTT**, Petitioner in the above-entitled and numbered cause, by and through his attorney of record, **WILLIAM A. BRATTON III** and, pursuant to **TEX. R. APP. PROC. 68.2(c) and 10.5(b)** requests the Court grant an additional two (2) days for filing the Petition for Discretionary Review herein. In support thereof, the Petitioner would respectfully show the Court as follows:

MOTION TO EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW - Page 2

1.      That Petitioner timely forwarded the Petition for Discretionary Review to the Court of Criminal Appeals, but was advised that due to technical errors in the format of the petition, it would need to be corrected and resubmitted.

2.      No issues presented have changed between the current Petition for Discretionary Review and the previous Petition for Discretionary Review, which was timely forwarded to the Court of Criminal Appeals.

3.      Petitioner requests a two (2) day extension of time, until July 1, 2015 for filing Petitioner's Petition for Discretionary Review.

4.      The Petitioner has made the requested corrections to the Petition for Discretionary Review and the corrected petition is being tendered concurrently with the filing of this motion.

5.      That no prior extensions of time have been requested or granted.

6.      It is based on these circumstances and in the effort to provide the Petitioner herein with effective representation of counsel in the appellate process pursuant to the Sixth and Fourteenth Amendments to the United States Constitution, and art. I, sec. 10, Tex. Const. Further, the request is made not for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the petitioner prays that this Motion be in all things granted and that the Petitioner be given an additional two (2) days for the filing of the Petition for Discretionary Review.

Respectfully submitted,

/s/WILLIAM A. BRATTON III
**WILLIAM A. BRATTON III**
2828 Routh, Suite 675-LB10
Dallas, Texas 75201
(214) 871-1133
(214) 871-0620 (fax)
State Bar No. 02916300
Email – bill@brattonlaw.com
**ATTORNEY FOR PETITIONER**

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time for Filing Petition for Discretionary Review was forwarded to the District Attorney of McLennan County, Texas and the State Prosecuting Attorney by electronic filing this the 1st day of July, 2015.

/s/WILLIAM A. BRATTON III
**WILLIAM A. BRATTON III**
**ATTORNEY FOR PETITIONER**